David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com

Attorney for Plaintiff
Mira Holdings, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mira Holdings, Inc., a Minnesota Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Temco Industrial, LLC,<br><br>    Defendant. | Case No._____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

   Plaintiff Mira Holdings, Inc., submits the following disclosure pursuant to Fed. R. Civ. P. 7.1(a): Plaintiff has no corporate parent, and no publicly-traded company holds any interest in Plaintiff.

DATED: January 20, 2026.

                                              **GINGRAS LAW OFFICE, PLLC**

                                              /s/ David S. Gingras
                                              David S. Gingras, Esq.
                                              Attorney for Plaintiff
                                              Mira Holdings, Inc.