**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mira Holdings Incorporated, | No. CV-26-00362-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Temco Industrial LLC, | |
| Defendant. | |

Pursuant to this Court's Order of January 22, 2026 (Doc. 9),

**IT IS HEREBY ORDERED** dismissing this action without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

Dated this 27th day of April, 2026.

Honorable John J. Tuchi
United States District Judge